762

## Commonwealth ex rel. Flinders *v.* Barnhart et al., Appellants.

Argued November 13, 1972.
*William M. Baily*, with him *Thompson and Baily, Inc.*, for appellants; *James Hook*, with him *Hook and Hook*, for appellees.

Order affirmed.

## Commonwealth ex rel. Laur *v.* Laur, Appellant.

Argued November 15, 1972. *Michael Halliday*, for appellant; *Henry M. Ekker*, with him *Cusick, Madden, Joyce & McKay*, for appellee.

Order affirmed.

## Dahmen *v.* Bukovac, Appellant.

Argued November 16, 1972. *Wallace E. Edgecombe*, with him *Royston, Robb, Leonard, Edgecombe, Miller & Urbanik*, for appellant; *Jan C. Swensen*, with her *Scott, Neely, Swensen & Scott*, for appellees.

Judgment affirmed.

WATKINS, J., absent.